UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELLY LOOSE

    Plaintiff,

vs.                                      CASE NO: 1:16-CV-00013-GJQ

J.P. MORGAN CHASE BANK, N.A.

    Defendant.
_____/

## **FINAL ORDER**

THIS CAUSE came before consideration of this Court upon the parties Notice of Voluntary Dismissal.

The Court has considered the Notice of Voluntary Dismissal and the pertinent portions of the record, and being otherwise fully advised in the premises it is ORDERED AND ADJUDGED that:

1. This action be and same is hereby dismissed against Defendants with prejudice.

3. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

**Signed this 30th of November 2016.**

                                              /s/ Gordon J. Quist
                                      UNITED STATES DISTRICT JUDGE